# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-1643
_____

Artemio Abelardo Alvarez-Ortiz

*Petitioner*

v.

William P. Barr, Attorney General of United States

*Respondent*

_____

Petition for Review of an Order of the
Department of Homeland Security

_____

Submitted: February 20, 2019
Filed: March 11, 2019
[Unpublished]

_____

Before BENTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Artemio Abelardo Alvarez-Ortiz petitions for review of an order, issued by the Department of Homeland Security, reinstating a prior removal order against him. Having jurisdiction under 8 U.S.C. § 1252, and upon careful consideration, this court finds no basis for reversal. *See Perez-Garcia v. Lynch*, 829 F.3d 937, 940-41 (8th Cir. 2016) (decision to reinstate removal order is reviewed for substantial evidence,

and administrative factual findings will not be overturned unless a reasonable adjudicator would be compelled to come to a contrary conclusion; due process violation requires showing of actual prejudice).

     The petition for review is denied.  *See* 8th Cir. R. 47B.

_____